FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2015 AUG 18 AM 10: 18

CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | Indictment No. CR115-77 |
| V. ) | |
| ) | |
| MELVIN HOWARD ) | 21 U.S.C. 846 |
| ) | Conspiracy to Distribute and |
| GEORGE CARTER ) | Possess With Intent To Distribute |
| ) | Controlled Substances |
| JEROME FLOURNOY ) | |
| ) | 21 U.S.C. 841(a)(1) |
| GABRIEL LAKES ) | Distribution of |
| ) | Controlled Substances |
| DEON JOHNSON ) | |
| ) | 21 U.S.C. 841(a)(1) |
| BRANDON CHARLES WRIGHT aka ) | Possession With Intent to |
| "BRAN" ) | Distribute Controlled Substances |
| ) | |
| HENRY LEE WASHINGTON aka ) | 21 U.S.C. 843(b) |
| "BEAVERDOG" ) | Use of a Communication Facility |
| ) | in the Commission of a Felony |
| TREY MCCLENDON ) | |
| ) | 18 U.S.C. § 922(g)(1) |
| CHARVIS LAWRENCE ) | Possession of a Firearm by a |
| ) | Convicted Felon |
| TIMOTHY ANDRE WELLS aka "DRE" ) | |
| ) | |
| VINCENT COLLEY ) | |
| ) | |
| JOHNNY BIVENS aka "KICKABOO" ) | |
| ) | |
| DOUGLAS MATTHEW POWELL aka ) | |
| "POOH" ) | |
| ) | |
| EUGENE MICHAEL GROSS ) | |
| ) | |
| KENNY DANFORD ) | |
| ) | |
| MICHAEL SASSNETT ) | |
| ) | |
| ) | |
| ) | |

## UNSEALING ORDER

Upon application of the United States Attorney, by and through, Patricia Green Rhodes Assistant United States Attorney, the Motion to Unseal Indictment and penalty certification filed in the above-referenced case is hereby GRANTED.

This __18th__ day of August, 2015.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA