UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR 1:15-077 |
| ) | |
| GEORGE CARTER ) | |

## ORDER ON MOTION FOR LEAVE OF ABSENCE

**Henry Nelson Crane, III,** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT Henry Nelson Crane, III** be granted leave of absence for the following period: **October 23, 2015 through October 27, 2015.**

This 4th day of September, 2015.

HONORABLE J. RANDAL HALL
United States District Judge
Southern District of Georgia