IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | CR 115-077 |
| | ) | |
| MELVIN HOWARD | ) | |
| GEORGE CARTER | ) | |
| JEROME FLOURNOY | ) | |
| DEON JOHNSON | ) | |
| BRANDON CHARLES WRIGHT | ) | |
| HENRY LEE WASHINGTON | ) | |
| TIMOTHY ANDRE WELLS | ) | |
| JOHNNY BIVENS | ) | |
| DOUGLAS MATTHEW POWELL | ) | |
| EUGENE MICHAEL GROSS | ) | |
| KENNY DANFORD | ) | |
| MICHAEL SASSNETT | ) | |

**O R D E R**

Counsel in the above-captioned case have advised the Court that all pretrial motions have been satisfied or otherwise resolved besides Defendant Gross and Wright's motions to suppress. (See doc. no. 216) Therefore, all other motions besides Defendant Gross and Wright's motions to suppress are **MOOT**. (Doc. nos. 59-65, 67, 69-70, 72-73, 75-80, 116, 152-168, 172-178, 180-182, 184-186.)

The Court will hold a hearing on both motions to suppress (doc. nos. 169, 183), on Monday, November 9, 2015 at 10:00 a.m. in Courtroom One, Federal Justice Center, 600

James Brown Boulevard, Augusta, Georgia.

SO ORDERED this 26th day of October, 2015, at Augusta, Georgia.

_/s/ Brian K. Epps_
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA