IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) <br> ) <br> ) Case No. 1:15CR77 <br> ) |
| v. | ) <br> ) |
| GEORGE CARTER, | ) <br> ) |
| Defendant. | ) |

**ORDER**

Motion for leave of absence having been filed by counsel Hank Crane and counsel having shown no proceedings scheduled for this case during the time period sought for leave, it is hereby ORDERED that counsel's request for leave is HEREBY GRANTED for the period of June 2, 2016 through and including June 3, 2016 and June 27, 2016 through and including July 1, 2016.

SO ORDERED this 18th day of May, 2016, at Augusta, Georgia.

_____
HON. J. RANDAL HALL
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA